**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| RIVER NORTH EQUITY LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MPHASE TECHNOLOGIES, INC., a New Jersey corporation,<br><br>Defendant. | ) | Case No. 16-cv-10986 |

**DEFENDANT'S NOTICE OF REMOVAL**

NOW COMES Defendant mPhase Technologies, Inc. ("Defendant"), and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, hereby removes the subject action from the Eighteenth Judicial Circuit, DuPage County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

1. On or about July 26, 2016, Plaintiff River North Equity LLC ("Plaintiff") filed *River North Equity LLC v. MPhase Technologies, Inc.*, Case No. 2016-L-000691, in the Eighteenth Judicial Circuit, DuPage County, Illinois (the "State Court Case").

2. Defendant has not been served, and has not waived service of process, in connection with the State Court Case.

3. No proceedings have transpired in the State Court Case, and this case is timely removed pursuant to 28 U.S.C. § 1446(b).

4. The Complaint filed in the State Court Case alleges that Defendant is liable for, *inter alia*, securities fraud, in violation of section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, 15 U.S.C. 78j(b); 17 C.F.R. § 240.10b-5. *See* Verified Complaint ¶¶ 10-18. Copies of all pleadings, and filings in the State Court Case are

attached hereto and incorporated herein as Group Exhibit A.

5. Section 27(a) of the Exchange Act provides that the United States district courts have exclusive jurisdiction over violations of the Exchange Act. *See* 15 U.S.C. § 78aa(a).

6. Accordingly, this Court has subject matter jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1331, 1367, and 15 U.S.C. § 78aa(a).

7. Plaintiff alleges that the damages in this matter exceed $75,000. *See* Compl., Ex. A at 9.

8. Plaintiff alleges, and Defendant is in fact, a citizen of New Jersey. *See id.* ¶ 2.

9. On information and belief, none of Plaintiff's members are citizens of New Jersey.

10. Accordingly, this Court also has subject matter jurisdiction over this matter, pursuant to 28 U.S.C. § 1332(a)(1).

WHEREFORE, Defendant mPhase Technologies, Inc., by and through its counsel, hereby removes the subject action from the Eighteenth Judicial Circuit, DuPage Count, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1441(a).

Respectfully Submitted,
MPHASE TECHNOLOGIES, INC.

By: /s/ John S. Burke
One of Defendant's Attorneys

Dated: November 30, 2016

John S. Burke (ARDC # 6208743)
Jared M. Schneider (ARDC #6318314)
HIGGINS & BURKE, P.C.
2560 Foxfield Road, Suite 200
Saint Charles, Illinois 60174
P: (630) 762.9081
F: (630) 762.9084